UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ADAM CAFFEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CASE NO. 1:23-cv-348 |
| | ) | |
| GENERAL MOTORS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant General Motors LLC ("Defendant"), through its undersigned counsel, gives notice of removal of this action from the Allen County Superior Court in the State of Indiana, where it is currently pending, to the United States District Court for the Northern District of Indiana, Fort Wayne Division, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, and states the following in support of such removal:

1.      On or about July 13, 2023, Plaintiff Adam Caffee ("Plaintiff") filed a lawsuit in the Allen County Superior Court against Defendant entitled Adam Caffee v. General Motors LLC, Cause No. 02D02-2307-PL-000280, which included claims for sex/sexual orientation discrimination and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII").  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant in the state court action are included with this Notice of Removal as Exhibit A.

2.      Defendant was served with the Complaint on or about July 17, 2023.

3.       Accordingly, Defendant is timely filing this Notice of Removal within thirty (30) days after service of process, as required by 28 U.S.C. § 1446(b).

4. Removal is appropriate under this Court's federal question jurisdiction. *See* 28 U.S.C. § 1331. A party may remove a pending state court action to federal district court if the federal district court would have had original jurisdiction. *See* 28 U.S.C. § 1441. Federal district courts have original jurisdiction over all civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331.

5. Plaintiff's Complaint alleges federal causes of action. Specifically, it alleges claims for sex/sexual orientation discrimination and retaliation under Title VII.

6. Accordingly, removal is appropriate under 28 U.S.C. § 1441 because this Court has original jurisdiction over Plaintiff's sex/sexual orientation discrimination and retaliation claims, and all other prerequisites for removal of this case to the United States District Court for the Northern District of Indiana have been fulfilled.

7. Allen County is situated in the Fort Wayne Division of the United States District Court for the Northern District of Indiana, and pursuant to 28 U.S.C. § 1441(a), this Court is the appropriate forum to entertain this Notice of Removal.

8. Concurrent with the filing of this Notice of Removal, Defendant is sending notice of the removal to the Allen County Superior Court and Plaintiff's counsel of record. A copy of this notice is attached as Exhibit B.

WHEREFORE, Defendant General Motors LLC respectfully files its Notice of Removal, removing this cause from Allen County Superior Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/  Christina M. Kamelhair*
    Bonnie L. Martin, Atty. No. 20248-18
    Christina Kamelhair, Atty. No. 32457-49
    300 N. Meridian Street, Suite 2700
    Indianapolis, IN 46204
    Telephone: (317) 916-1300
    Facsimile: (317) 916-9076
    *bonnie.martin@ogletree.com*
    *christina.kamelhair@ogletree.com*

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, a copy of the foregoing Notice of Removal was served by United States first class mail, postage prepaid, upon the following:

John C. Theisen
Nathaniel O. Hubley
THIESEN HUBLEY LAW
810 South Calhoun Street, Ste 200
Fort Wayne, IN 46802

*s/ Christina M. Kamelhair*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*bonnie.martin@ogletree.com*
*christina.kamelhair@ogletree.com*